# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Kanisha Monique Latrice Erwin, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:18-cv-00212-RJC-DSC |
| ) | |
| vs. ) | |
| ) | |
| Sam Wilcox II ) | |
| CaroMont Health, Inc. | |
| Pamela Givens, | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2018 Order.

May 16, 2018

Frank G. Johns, Clerk
United States District Court